FILED

08 MAR 12 PM 4:18

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

08 CR 0722 JM

UNITED STATES OF AMERICA,           )   Criminal Case No. _____
                                    )
            Plaintiff,              )   I N D I C T M E N T
                                    )
    v.                              )   Title 8, U.S.C., Secs. 1326(a)
                                    )   and (b) - Attempted Entry After
CHRISTOPHER ISAAC REBOLLEDO,        )   Deportation
                                    )
            Defendant.              )
_____)

The grand jury charges:

On or about December 12, 2007, within the Southern District of California, defendant CHRISTOPHER ISAAC REBOLLEDO, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the

//

WDK:fer:San Diego
3/11/08

1  United States, that was a substantial step toward committing the
2  offense, all in violation of Title 8, United States Code,
3  Sections 1326(a) and (b).
4  　　It is further alleged that defendant CHRISTOPHER ISAAC REBOLLEDO
5  was removed from the United States subsequent to August 3, 2004.
6  　　DATED: March 12, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DOUGLAS KEEHN
Assistant U.S. Attorney