FILED
2008 AUG 12 PM 2:20
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>REBOLLEDO, Christopher Isaac<br><br>    Defendant. | CASE NO. 08CR00722-001-JM<br><br>O R D E R |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for September 12, 2008, at 9:00 a.m., is vacated and reset to December 12, 2008, at 9:00 a.m.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 8/12/08

_____
Jeffrey Miller
U.S. District Judge

cc: all counsel of record